UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-34614 |
| | ) | |
| TONY D. DUDLEY, | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING TIME FOR THE U.S. TRUSTEE TO OBJECT TO DISCHARGE AND FILE A MOTION TO DISMISS UNDER 11 U.S.C. § 707**

This cause coming to be heard on the motion of the United States Trustee, due notice having been given:

IT IS HEREBY ORDERED that the last day for the United States Trustee to file a complaint objecting to Debtor's discharge is extended to and including April 10, 2018.

IT IS FURTHER ORDERED that the last day for the United States Trustee to file a motion to dismiss under 11 U.S.C. § 707 is extended to and including April 10, 2018.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 27, 2018

**Prepared by:**

Adam G. Brief, Assistant U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 886-2805