UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-34614
TONY D. DUDLEY )
) Chapter: 7
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER COMPELLING DEBTOR TO COMPLY WITH SUBPOENA

This matter coming before the Court for a hearing on the U.S. Trustee's Motion to Compel Compliance with Subpoena (the "Motion"), due notice having been given and good cause appearing:

IT IS ORDERED:

1. The Motion is granted as set forth herein;

2. Tony D. Dudley (the "Debtor") shall produce the documents identified in the Rule 2004 subpoena dated April 24, 2018, attached to this Order as Exhibit A, on or before August 1, 2018; and

3. The Debtor shall provide a sworn, notarized statement where no documents exist or all responsive documents have been produced for a given request on or before August 1, 2018.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 24, 2018

**Prepared by:**

Candice M. Manyak, Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604
(312) 886-3322